UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| TORCHLIGHT LOAN SERVICES, LLC, AS SPECIAL SERVICER TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-C2, | 12 Civ. 7870<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff, | |
| -against- | |
| COLUMN FINANCIAL, INC., AND CREDIT SUISSE (USA), INC., | |
| Defendants. | |

------------------------------------------------------------------ x

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff TORCHLIGHT LOAN SERVICES, LLC, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants COLUMN FINANCIAL, INC. and CREDIT SUISSE (USA), INC.

Date:   November 5, 2012

By:   /s/ Christopher R. Belmonte
Christopher R. Belmonte
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York  10169
(212) 818-9200
*Attorneys for Plaintiff*